# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 17, 2021

Lyle W. Cayce
Clerk

No. 20-10205
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

SANTOS RAMOS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
No. 3:19-CR-367-1

Before SMITH, STEWART, and HIGGINSON, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Santos Ramos has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramos has not filed a response.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-10205

We have reviewed counsel's brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.  Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.